# United States District Court
# For The Western District of North Carolina
# Statesville Division

PAUL HOLLAND COCKERAN,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:05CV259-3-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 13, 2005, Order.

**Signed: December 13, 2005**

Frank G. Johns, Clerk
United States District Court